AUG 28 2025

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CRIMINAL ACTION NO. 7:25-CR-25-DLB

UNITED STATES OF AMERICA                                                          PLAINTIFF

V.                     **ORDER SETTING ARRAIGNMENT**

MICHAEL WAYNE HILLIARY                                                     DEFENDANT

\* \* \* \* \*

The Court **GRANTS** the Motion of the United States for arraignment and **SETS** an arraignment for the Defendant, **MICHAEL WAYNE HILLIARY**, in the United States District Court at Pikeville, on September 5, 2025, at 11:45 a.m.

On this 28th day of August 2025.

_____
UNITED STATES MAGISTRATE JUDGE

Copies:   United States Marshal
          United States Probation
          Justin E. Blankenship, Assistant United States Attorney
          Sebastian Joy, Attorney for Defendant